# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

Case No. 5D23-1587
LT Case No. 2006-CF-1828

OTIS FINCH, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

On appeal from the Circuit Court for Putnam County
Howard O. McGillin, Jr., Judge.

Otis Finch, Jr., Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.

August 22, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, AND SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____